## ADKINS V. FLEMMING.

**Wager:** ACTION TO RECOVER. An action will lie and a recovery may be had against a a stakeholder for the amount of a wager placed in his hands, and which he paid over to the other party, after being notified by plaintiff not to do so.

*Appeal from General Term, Sixth District (Jasper County).*

MONDAY, JUNE 20.

*Sankey & Howard* for the appellant.

*Smith & Cook* for the appellee.

WILLIAMS, J. — On the trial it was agreed that the one hundred dollars claimed by defendant, is for this amount placed by plaintiff in the hands of the defendant, as a stakeholder, upon a wager on a horse race run between plaintiff and one Luallen. Defendant was one of the judges of the race. Plaintiff, after the race, and a decision that he was beaten, but before the money was paid to Luallen, notified the defendant not to pay the money to Luallen; but, notwithstanding notice and after the notice was given him, the defendant paid the money to Luallen.

On this statement the circuit court rendered judgment

for plaintiff, which was affirmed by the general term, and is also affirmed by this court. No opinion is needed beyond a reference to *Shannon* v. *Baumer*, 10 Iowa, 210, in which we understand the rule to be that the money deposited as a wager can be recovered at any time, so long as it remains in the hands of the stakeholder.

Affirmed.